**No. 47226.**—Protest 997239–G of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J.    It was stipulated that only 53 percent of this product consists of merchandise (stearic acid) subject to a tax of 3 cents per pound under section 701.    The protest was therefore sustained.

**No. 47227.**—Protest 993955–G of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J.    In accordance with stipulation of counsel 53 percent of Sapamine KWC pat., 45 percent of Preparation 6051 conc. pat., and 51 percent of Sapamine FL pat. were held taxable at 3 cents per pound.    The protest was sustained to that extent.

**No. 47228.**—Protest 992530-G of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J.    In accordance with stipulation of counsel 53 percent of merchandise invoiced as Sapamine KWC pat. and 51 percent of Sapamine FL pat. were held taxable at 3 cents per pound.    Protest sustained to this extent.

**No. 47229.**—Protest 840443-G of Wing Hing Chong Co. (San Francisco).

Opinion by OLIVER, P. J.    It was stipulated that the merchandise in question is similar in all material respects to that passed upon in *Wing Duck* v. *United States* (6 Cust. Ct. 133, C.D. 446).    In accordance therewith it was held not taxable under the Internal Revenue Act of 1918.